**Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00593-CV

————————

**NATHANIEL CLAYTON WEATHERS, Appellant**

**V.**

**ATTORNEY GENERAL OF TEXAS, Appellee**

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-188531**

# O R D E R

Appellant's brief was due December 27, 2011**.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 10, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM